The People of the State of New York, Respondent, v. Max Borok, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Louis Brandwein, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Rebecca Rothenberg, Appellant.— Judgment of conviction of the Court of Special Sessions, and information, dismissed, upon the ground that the evidence does not show the commission of the offense charged or any other offense. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Albert L. Boyd, Relator, v. Leonard Ruoff, Clerk of the County of Queens, State of New York, Respondent.— We think, considering the short period of service of the relator, and the volume of work done by him, that the number of errors made by him was not sufficient to establish incompetency on his part. None of the errors showed a hopeless incompetency, and a few days more of service might have resulted in a relative perfection. Before a final determination of incompetency was reached a better opportunity should have been afforded the relator. Therefore, the determination of the county clerk is annulled, with fifty dollars costs and disbursements, and the relator reinstated. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Ernest M. Nason and Peter V. Nason, Appellants, v. Stephen Callaghan, Justice of the Municipal Court of the City of New York, Respondent.— The refusal of the learned justice of the Municipal Court to sign the warrant of seizure was justified by the prior decision of *Faraci* v. *Maller* (154 App. Div. 303). Although that has been since reconsidered, and the doctrine there stated overruled (*Coiro* v. *Baron*, 158 App. Div. 591), the justice's ruling is to be tested by the law as it had been declared when he was called upon to act. The writ of peremptory mandamus, being discretionary, will not now be granted, inasmuch as presumably there will be no occasion therefor, in view of our later decision, rendered pending this appeal. Order affirmed, without costs. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. James E. J. Scully, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination annulled as contrary to the weight of the evidence, with fifty dollars costs and disbursements, and relator reinstated. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.